USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/18/2019_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARELABI ABUSIKIN,

        Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER MIRJAN LOLJA, and JOHN DOES 1–2,

        Defendants.

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    In light of Defendants' motion to compel production and extend discovery currently pending before the Honorable Kevin Nathanial Fox, ECF No. 49, the case management conference scheduled for November 19, 2019, is ADJOURNED to **January 14, 2020**, at **11:40 a.m.** By **January 7, 2020**, the parties shall file a joint status letter as required by the Court's scheduling order and case management plan. ECF No. 32 ¶ 16. The parties are reminded that any motion for summary judgment will be deemed untimely unless a request for a pre-motion conference is made within fourteen days of the close of fact discovery. *Id.* ¶ 8.

    SO ORDERED.

Dated: November 18, 2019
       New York, New York

_____
ANALISA TORRES
United States District Judge