USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GARELABI ABUSIKIN,

        Plaintiff,

  - against -                            ORDER

THE CITY OF NEW YORK, POLICE OFFICER    18-CV-4582 (AT)(KNF)
MIRJAN LOLJA and JOHN DOES 1-2,

        Defendants.
------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A telephonic conference was held with counsel to the respective parties on November 14, 2019, to address discovery disputes that had been brought to the Court's attention via correspondence. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that the plaintiff provide responses or supplement responses previously provided to the interrogatories and document demands of the defendants discussed during the conference. The plaintiff shall also provide to the defendant on or before November 21, 2019, such authorizations or releases for information as are needed consistent with the discussion had during the November 14, 2019 conference. The time for the parties to complete their pretrial discovery activities is enlarged to December 19, 2019.

Dated: New York, New York                SO ORDERED:
       November 19, 2019

                                                                       KEVIN NATHANIEL FOX
                                                                       UNITED STATES MAGISTRATE JUDGE