USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/19/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARELABI ABUSIKIN,

                Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER MIRJAN LOLJA, and JOHN DOES 1–2,

                Defendants.

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On February 7, 2020, Defendants submitted a letter pursuant to Rule III(C)(iii) of the Court's Individual Practices in Civil Cases seeking leave to move for summary judgment. ECF No. 71. Under that rule, Plaintiff was required to respond by February 14, 2020. That submission is now overdue. Accordingly, it is ORDERED that by **February 24, 2020**, Plaintiff shall submit his response to Defendants' pre-motion letter.

    In light of the pending request to move for summary judgment, the case management conference scheduled for February 20, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: February 19, 2020
       New York, New York

                                        ANALISA TORRES
                                  United States District Judge