UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARELABI ABUSIKIN,

                Plaintiff,

      -against-

THE CITY OF NEW YORK, POLICE OFFICER
MIRJAN LOLJA, and JOHN DOES 1–2,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/2020

18 Civ. 4582 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), ECF No. 85, of the Honorable Kevin Nathaniel Fox, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendants' motion for sanctions pursuant to Rules 41, 37(b) and 30(d)(2) of the Federal Rules of Civil Procedure is GRANTED in part and DENIED in part. It is ORDERED that Plaintiff shall pay $250.00 to Defendants as a sanction for violation of Judge Fox's November 19, 2019 order, ECF No. 57. *See* R&R at 15.

    The Clerk of Court is directed to terminate the motion at ECF No. 60.

    SO ORDERED.

Dated: June 30, 2020
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge