USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2021



| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOHN SCHEMITSCH**<br>Senior Counsel<br>phone: (646) 740-1295<br>fax: (212) 356-3509<br>email: jschemit@law.nyc.gov |

September 9, 2021

**BY ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Garelnabi Abusikin v. City of New York, et al.
               18 CV 4582 (AT) (KNF)

Your Honor:

      I am a Senior Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, and the attorney representing City of New York and Officer Mirjan Lolja in the above referenced matter. Defendants write respectfully to request a three week extension for the parties to file their joint pretrial order along with the Court's other required pretrial filings including motions in limine, from September 10, 2021 to October 1, 2021. Defendants have attempted to reach plaintiff's counsel regarding this request, but have not been able to ascertain his position on this request. This is the first such request.

      Defendants apologize for the delay in making this request for an extension of time, however the undersigned mistakenly did not calendar this deadline, and only noticed the deadline today, attempting immediately to contact plaintiff's counsel to discuss. The undersigned has, understandably, not been able to reach plaintiff's counsel. This case is set for trial beginning on October 25, 2021, with a final pretrial conference scheduled for October 18, 2021. Defendants make this request in light of the short deadline, inability to conference the joint pretrial order with opposition counsel, as well as other case commitments.

      Thank you for your consideration herein.

Respectfully submitted,
/s/
John Schemitsch
Senior Counsel

GRANTED in part, DENIED in part. By **September 24, 2021**, the parties shall submit their pretrial materials as described in ECF No. 90. By **October 1, 2021**, the parties shall file any oppositions, if required.

SO ORDERED.

Dated: September 9, 2021
       New York, New York

ANALISA TORRES
United States District Judge