```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
GARELABI ABUSIKIN,

                        Plaintiff,

        -against-

THE CITY OF NEW YORK, POLICE OFFICER
MIRJAN LOLJA, and JOHN DOES 1–2,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/23/2021_

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

The Court is in receipt of Plaintiff's filing dated September 23, 2021. ECF No. 98. Accordingly, the parties shall file any motions *in limine* by **September 24, 2021**, and responses to the motions, if any, by **October 1, 2021**. By **October 1, 2021**, the parties shall file their joint pretrial order, joint requests to charge, joint proposed verdict forms, and joint proposed *voir dire* questions, in accordance with the Court's order at ECF No. 90. By **October 4, 2021**, the parties shall file, if necessary, any objections to another party's requests to charge or proposed *voir dire* questions, and any opposition to any legal argument in a pretrial memorandum.

The Clerk of Court is directed to terminate the motion at ECF No. 96.

SO ORDERED.

Dated: September 23, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge