```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
GARELABI ABUSIKIN,

                 Plaintiff,

     -against-

THE CITY OF NEW YORK, POLICE OFFICER
MIRJAN LOLJA, and JOHN DOES 1–2,

                 Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/24/2021

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

     The Court is in receipt of Defendants' letter dated September 23, 2021. ECF No. 100. In light of the parties' repeated inability to meet the deadlines set by the Court for the filing of their pretrial submissions, the trial scheduled for October 25, 2021, is ADJOURNED. The Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, will seek to schedule a jury trial for the first calendar quarter of 2022.

     By **November 1, 2021**, the parties shall submit their joint pretrial order, as well as all other required pretrial filings, including motions addressing any evidentiary issues or other matters that should be resolved *in limine*, joint requests to charge, joint proposed verdict forms, and joint proposed *voir dire* questions, in accordance with ECF No. 90. By **November 8, 2021**, the parties shall file, if necessary, any objections to another party's requests to charge or proposed *voir dire* questions, any opposition to any motion *in limine*, and any opposition to any legal argument in a pretrial memorandum. No further extensions shall be granted, absent a showing of extraordinary cause.

     The Court shall schedule the final pretrial conference upon setting a date certain for trial. The conference scheduled for October 18, 2021, is ADJOURNED *sine die*.

     The Clerk of Court is directed to terminate the motion at ECF No. 100.

     SO ORDERED.

Dated: September 24, 2021
         New York, New York

                                                    ANALISA TORRES
                                         United States District Judge