

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2021
```

**T**HE **C**ITY OF **N**EW **Y**ORK
**GEORGIA M. PESTANA**  **L**AW **D**EPARTMENT  John Schemitsch
*Corporation Counsel* 100 CHURCH STREET Senior Counsel
NEW YORK, NY 10007 Phone: (646) 740-1295
Fax: (212) 356-3509
jschemit@law.nyc.gov

November 1, 2021

BY ECF
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Garelnabi Abusikin v. City of New York, et al., 18-CV-4582 (AT) (KNF)

Your Honor:

I am a Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, representing defendants City of New York and Officer Mirjan Lolja in the above-referenced matter. Defendants respectfully request a final extension of time for the parties to produce the joint proposed voir dire, joint proposed jury charge, joint proposed verdict sheet, and defendants' motions *in limine*, from November 1, 2021, until November 4, 2021. Plaintiff consents to this request.

Defendants apologize for the delay in making this request for an extension of time. The undersigned has strived to meet the Court's deadline for filing all joint pre-trial documents and motions *in limine*, and while the parties are prepared to file the joint pre-trial order, my office is finalizing defendants' portions of the joint proposed voir dire, joint proposed jury charge, joint proposed verdict sheet, and defendants' motions *in limine*. This extension of time would permit defendants' to finalize their portions of the pre-trial documents and allow plaintiff to make any necessary responses.

GRANTED.

SO ORDERED.

Dated: November 2, 2021
New York, New York

ANALISA TORRES
United States District Judge