UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARELABI ABUSIKIN,

                Plaintiff,

   -against-

THE CITY OF NEW YORK, POLICE OFFICER
MIRJAN LOLJA, and JOHN DOES 1–2,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/14/2021___

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, District Judge:

     The Southern District of New York has adopted a centralized calendaring system for jury trials during the COVID-19 pandemic. Under the system currently in place, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases that may proceed in its place if the primary case does not go forward.

     On November 12, 2021, the parties provided their availability for trial in the first calendar quarter of 2021. The Court accordingly requested a jury trial based on the parties' availability. The Clerk's Office has notified the Court that this has been scheduled as the secondary back up case for **February 15, 2022**. The case will proceed if the primary and primary backup cases do not go forward.

     **<u>The case must therefore be trial ready for that date.</u>** As soon as the Court confirms whether trial will proceed on February 15, 2022, it will inform the parties. If the case cannot proceed on that date, the Court will seek another jury trial date for as soon as possible thereafter. Accordingly,

1. By **January 14, 2022**, the parties shall deliver to the Court one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference in accordance with Paragraph V.C(v) of the Court's Individual Practices.

2. The Court will hold a final pretrial conference on **February 1, 2022**, at **11:00 a.m.**, via videoconference. The Court will email the parties with instructions on how to join the videoconference.

     The Clerk of Court is directed to STRIKE the Court's order at ECF No. 118.

     SO ORDERED.

Dated: December 14, 2021
       New York, New York

ANALISA TORRES
United States District Judge