```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/14/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
GARELABI ABUSIKIN,

                Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
MIRJAN LOLJA, and JOHN DOES 1–2,

                Defendants,

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants' letter dated January 12, 2022. ECF No. 120. In light of the uncertainty created by the current state of the COVID-19 pandemic, the Court cannot provide an update on whether the trial shall begin as scheduled on February 15, 2022. As was stated in the Court's order dated December 14, 2021, "**[t]he case must . . . be trial ready for that date.**" ECF No. 119. The Court will inform the parties when it has any further information. Accordingly, the parties are directed to proceed as if the trial shall begin on **February 15, 2022**.

    SO ORDERED.

Dated: January 14, 2022
       New York, New York

                                                      ANALISA TORRES
                                                 United States District Judge