```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/19/2022_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARELABI ABUSIKIN,

                Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
MIRJAN LOLJA, and JOHN DOES 1–2,

                Defendants.

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On December 14, 2021, the Court ordered the parties to "deliver to the Court one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference in accordance with Paragraph V.C(v) of the Court's Individual Practices" by January 14, 2022. ECF No. 119. As of January 19, 2022, the Court has not received this submission. Accordingly, by **January 24, 2022**, the parties shall submit, via email, a copy of each documentary exhibit sought to be admitted at trial. By **January 28, 2022**, the parties shall deliver to the Court the exhibits in the manner discussed in the December 14 order.

    SO ORDERED.

Dated: January 19, 2022
        New York, New York

                                                ANALISA TORRES
                                        United States District Judge