```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1/26/2022   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARELABI ABUSIKIN,

                Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER MIRJAN LOLJA, and JOHN DOES 1–2,

                Defendants,

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On December 3, 2021, the Court informed the parties via email that the trial date in this matter was set for February 15, 2022. The Court confirmed that trial date in an order dated December 14, 2021, in which the Court informed the parties that this case was the secondary backup case for February 15, 2022 and would proceed if the primary and primary backup cases do not go forward. ECF No. 119. In that same order, the Court instructed that "**[t]he case must . . . be trial ready for that date**." *Id*. (emphasis in original).

      On January 12, 2022, Defendants filed a letter asking the Court to confirm if trial would begin on February 15, 2022. ECF No. 120. In that letter, defense counsel represented that he has another trial scheduled to begin on January 31, 2022, and he sought "the Court's clarification on whether the instant trial remains the secondary back-up trial for February 15, 2022, and if the Court anticipates it going forward so [his] office [could] re-assign this case." *Id*. On January 14, 2022, the Court informed the parties that, "[i]n light of the uncertainty created by the current state of the COVID-19 pandemic, the Court cannot provide an update on whether the trial shall begin as scheduled on February 15, 2022. As was stated in the Court's order dated December 14, 2021, '**[t]he case must . . . be trial ready for that date.**'  ECF No. 119. . . . Accordingly, the parties are directed to proceed as if the trial shall begin on **February 15, 2022**." *Id*. (emphasis in original).

      On January 25, 2022, Defendants filed a letter with the Court requesting an adjournment of trial. ECF No. 123. Defense counsel, again, stated that he has a three-day trial scheduled to begin on January 31, 2022, and asserted that he will not have enough time to prepare for trial in this matter. *Id*.

      This case is now the primary backup case for February 15, 2022. Defendants' motion for an adjournment of trial is DENIED. As the Court has stated previously, this case must be trial ready on **February 15, 2022**. Because defense counsel will likely be in trial on February 1, 2022, the pretrial conference scheduled for that date is ADJOURNED to **February 3, 2022**, at **3:00 p.m.**

      SO ORDERED.

Dated: January 26, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge