UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARELABI ABUSIKIN,

                        Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER MIRJAN LOLJA, and JOHN DOES 1–2,

                        Defendants,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2/4/2022

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On February 3, 2022, the parties appeared before the Court for a final pretrial conference. ECF No. 127.  Accordingly,

1. The parties' motions *in limine* are GRANTED in part, and DENIED in part, for the reasons stated on the record.

2. By **February 8, 2022**, Defendants shall file any further information in support of the authenticity of the document submitted to the Court as "Exhibit C."  By **February 10, 2022**, Plaintiff shall file any response.

3. Trial shall begin on **February 15, 2022**, at **9:00 a.m.**  On that day, the parties shall bring for the Court two sets of courtesy copies (in addition to copies for the parties and witnesses) of all exhibits to be offered as substantive evidence.  The parties are directed to comply with the Court's COVID-19 protocols, which can be found here: https://www.nysd.uscourts.gov/covid-19-coronavirus.

      The Clerk of Court is directed to terminate the motions at ECF Nos. 111, 112.

      SO ORDERED.

Dated:  February 4, 2022
         New York, New York

                                                       ANALISA TORRES
                                                United States District Judge