```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/23/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARELABI ABUSIKIN,

                Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER MIRJAN LOLJA, and JOHN DOES 1–2,

                Defendants,

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      A jury trial in this matter was held from February 15 to February 22, 2022. *See* ECF Nos. 129–32. Because the jury was unable to reach a verdict, the Court declared a mistrial on February 22, 2022. Accordingly, by **March 9, 2022**, the parties shall file a letter with the Court regarding the status of the case and their blackout dates for the third and fourth quarters of 2022.

      SO ORDERED.

Dated: February 23, 2022
       New York, New York

ANALISA TORRES
United States District Judge