UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARELABI ABUSIKIN,

                Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER MIRJAN LOLJA, and JOHN DOES 1–2,

                Defendants,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/14/2022

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letter dated March 9, 2022.  ECF No. 134. Accordingly, the Court shall hold a status conference on **March 23, 2022**, at **11:00 a.m.**, via videoconference.  The Court will email the parties with instructions on how to join the videoconference.

      SO ORDERED.

Dated:  March 14, 2022
       New York, New York

ANALISA TORRES
United States District Judge