```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _3/22/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARELABI ABUSIKIN,

               Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
MIRJAN LOLJA, and JOHN DOES 1–2,

               Defendants,

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiff's letter dated March 21, 2022. ECF No. 136. Accordingly, the status conference scheduled for **March 23, 2022**, is ADJOURNED to **March 24, 2022**, at **2:00 p.m.** The Court will email the parties with instructions on how to join the videoconference.

      The public may access the conference by calling (215) 861-0674 and using access code 5598827.

      The Clerk of Court is directed to terminate the motion pending at ECF No. 136.

      SO ORDERED.

Dated: March 22, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge