```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/31/2022   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARELABI ABUSIKIN,

                Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
MIRJAN LOLJA, and JOHN DOES 1–2,

                Defendants,

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    At a status conference held on March 24, 2022, the Court informed the parties that it will request a trial date in this matter for October 11, 2022.  *See* ECF No. 138.  Because of scheduling conflicts, the Court shall now request a trial date for **October 17, 2022**.

    SO ORDERED.

Dated:  March 31, 2022
       New York, New York

                                                    ANALISA TORRES
                                             United States District Judge