```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
GARELABI ABUSIKIN,

                              Plaintiff,

           -against-                                                                   18 Civ. 4582 (AT)

THE CITY OF NEW YORK, POLICE OFFICER                        **ORDER**
MIRJAN LOLJA, and JOHN DOES 1–2,

                              Defendants,

ANALISA TORRES, District Judge:

      Trial in this matter shall begin on **October 17, 2022**, at **9:00 a.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  Accordingly:

1. By **August 15, 2022**, the parties shall submit any motions *in limine* concerning issues not addressed in the Court's rulings on the parties' prior motions.  Oppositions to any motions *in limine* shall be submitted by **August 22, 2022**.

2. By **September 6, 2022**, the parties shall submit any revisions to their joint pretrial order, requests to charge, verdict form, and voir dire questions.  The parties shall also email copies of their materials, as Word Documents, to Torres_NYSDChambers@nysd.uscourts.gov.

3. By **September 6, 2022**, the parties shall deliver to the Court one copy of each documentary exhibit sought to be admitted, pre-marked (*i.e.*, labeled with exhibit stickers) and assembled sequentially in a looseleaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference, in accordance with Paragraph V.C.(v) of the Court's Individual Practices in Civil Cases.

4. The final pretrial conference shall occur on **October 12, 2022**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

5. Prior to the final pretrial conference, both parties shall meet in person for at least one hour to discuss settlement of this matter.  Additionally, the parties shall submit a joint letter by **July 29, 2022**, informing the Court whether they wish to be referred to a magistrate judge for settlement purposes.

      SO ORDERED.

Dated: July 8, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge