```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/2/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARELABI ABUSIKIN,

                Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
MIRJAN LOLJA, and JOHN DOES 1–2,

                Defendants,

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On July 8, 2022, the Court ordered the parties to submit a joint letter by July 29, 2022, informing the Court whether they wish to be referred to a magistrate judge for settlement purposes. ECF No. 140. This submission is overdue. Accordingly, by **August 5, 2022**, the parties shall submit their joint letter.

    SO ORDERED.

Dated: August 2, 2022
       New York, New York

ANALISA TORRES
United States District Judge