UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

GARELABI ABUSIKIN,

                        Plaintiff,

           -against-

CITY OF NEW YORK ET AL,

                   Defendants.

----------------------------------------------------------------

**ORDER SCHEDULING
SETTLEMENT
CONFERENCE**

**18-CV-4582 (AT) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **September 14, 2022 at 10:30 a.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.  Parties must attend in-person with their counsel.  The person with decision making authority to settle the matter for each party must attend the conference or be accessible by phone or other means during the conference.  The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Individual Practices.  Pre-conference submissions must be received by the Court no later than **September 7, 2022**.

      SO ORDERED.

Dated: August 4, 2022
      New York, New York

                                  _Jennifer E. Willis_
                                JENNIFER E. WILLIS
                                United States Magistrate Judge