```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/8/2022   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARELABI ABUSIKIN,

      Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER MIRJAN LOLJA, and JOHN DOES 1–2,

      Defendants,

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  On July 8, 2022, the Court ordered the parties to submit any revisions to their joint pretrial order, requests to charge, verdict form, and voir dire questions by September 6, 2022. ECF No. 140.  Accordingly, by **September 13, 2022**, the parties shall submit their revisions or a joint letter informing the Court that they do not intend to make any revisions.

  SO ORDERED.

Dated: September 8, 2022
   New York, New York

                ANALISA TORRES
               United States District Judge