UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARELABI ABUSIKIN,

                         Plaintiff,

         -against-

THE CITY OF NEW YORK, POLICE OFFICER
MIRJAN LOLJA, and JOHN DOES 1–2,

                         Defendants,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  _9/14/2022____

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, District Judge:

        The Court has reviewed the parties' letter dated September 13, 2022.  ECF No. 147.
Accordingly, by **September 19, 2022**, Plaintiff shall file a letter brief outlining his position with
respect to his malicious prosecution claim under 42 U.S.C. § 1983.  By **September 22, 2022**,
Defendants shall file their response.  No extension shall be granted absent a showing of good
cause.

        SO ORDERED.

Dated:  September 14, 2022
         New York, New York

ANALISA TORRES
United States District Judge