```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GARELABI ABUSIKIN,

                      Plaintiff,

-against-

THE CITY OF NEW YORK, POLICE OFFICER
MIRJAN LOLJA, and JOHN DOES 1-2,

                      Defendants.

18 Civ. 4582 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The status conference scheduled for October 12, 2022, at 2:00 p.m., will be held using the Court's videoconferencing system. Chambers will provide the parties with instructions on how to appear via video.

       To optimize the quality of the video feed, only the Court, Plaintiff, Plaintiff's counsel, Defendants, and defense counsel will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

       SO ORDERED.

Dated: October 11, 2022
       New York, New York

                                                             ANALISA TORRES
                                                        United States District Judge