```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
GARELABI ABUSIKIN,

                  Plaintiff,

    -against-

POLICE OFFICER MIRJAN LOLJA,
                  Defendant.
------------------------------------------------------------X

18 CIVIL 4582 (AT)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Analisa Torres, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

**DATED:** New York, New York
          October 24, 2022

                                                                 **RUBY J. KRAJICK**

So Ordered:
                                                                   Clerk of Court

                                            **BY:**

_____
ANALISA TORRES
United States District Judge
                                                                **Deputy Clerk**